**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**CHAPTER 13 PLAN**

CASE No.: 6:16-BK-02242

In re:

EDGAR RAMIREZ,
EDNA IVETTE VELAZQUEZ,

    Debtors.
_____/

**CHAPTER 13 PLAN**

**CHECK ONE:**

  __X____The Debtors certified that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

  _____The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of _36_ months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors pro rata under the plan:

A.   $__1,306.32____ for months ____1____ through ____6____;
B.   $__1,361.88____ for months ____7____ through ___36____;
C.   $_____ for months _____ through _____;

In order to paid the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE.**

**Base fee $3,750.00 plus $50.00 monitoring post petition**
**Total Paid Prepetition $3,390.00**

**Balance Due** $360.00 plus $50.00  monthly for monitoring fee post petition
**Payable Through Plan $10.00 plus** $50.00  **Monthly for monitoring fee post petition( subject to adjustment)**

**3. PRIORITY CLAIMS (as defined in 11 U.S.C. §507):**

| Last 4 Digits Of Acct No. | Name of Creditor | Total Claim |
|---|---|---|
| | | |
| | | |
| | | |

**4. TRUSTEE FEES:   10%**

**5. SECURED CLAIMS:**

(A) **Claims Secured by Real Property Which Debtor Intents to Retain/Mortgage Payments and Arrears, if any, Paid through the Plan:**  If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all others sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan.  These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each moth thereafter.  The Trustee shall pay post-petition mortgage payments on the following mortgage claims:

| Last 4 Digits Of Acct. No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| 5604 | Turnberry Reserve Homeowners Association, Inc. | Lot 179, TURNBERRY RESERVE UNIT 1, according to the plat thereof, as recorded in PB 17 PGS 40-42 of the public records of Osceola County, Florida. | $1,157.15 months 1-7 | | |

(B) **Claims Secured by Real Property /Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification requests, the Debtor shall make the following adequate protection payments to the Trustee, calculated at the lesser of 31% of the Debtor's gross monthly income or the regular monthly payment. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Last 4 Digits Name of Creditor | Collateral | Payment Amount(at 31%) |
|---|---|---|
| of Acct. No. | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. section 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follow:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Claim Amt. Value | Pmt. | Interest @__% |
|---|---|---|---|---|---|
| 6468 | Crest Financial | Bedroom Furniture | 450.00 | $8.54 | 5.25% |

**( D) Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest ate the rate set forth below as follows:

| Last 4 Digits of Acct. No. | Creditor | Collateral Desc./Address | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral** |
|---|---|---|
| Unknown | World Car Center & Financing | 2006 BMW 3 Series 325Ci 156040 miles Vin# WBAVB13556PT01924 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| **Last 4 Digits of Acct No.** | **Creditor** | **Collateral Description/Address** |
|---|---|---|
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| **Last 4 Digits of Acct No.** | **Creditor** | **Property/Collateral to be Surrendered** |
|---|---|---|
| 1375 | Santander Consumer, USA | 2015 Chevrolet Malibu |

**(I) Other Secured Claims**. Debtor does not intent to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and in rem and in personam as to codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| | | |
|---|---|---|
| 4222 | Wells Fargo Home Mortgage | Lot 179, TURNBERRY RESERVE UNIT 1, as recorded in PB 17 PGS 40-42 of the public records of Osceola County, Florida |

## 6. LEASES / EXECUTORY CONTRACTS:

| **Last 4 Digits of Acct. No.** | **Creditor** | **property** | **Assume/ Reject- Surrender** | **Est. Arrears** |
|---|---|---|---|---|
| | | | | |

7. **GENERAL UNSECURED CREDITOR:**  General unsecured creditors with allowed claims shall receive a pro rata share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan.  The estimated dividend to unsecured creditors is 0%.

8. **ADDITIONAL PROVISIONS:**

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b)  Payments made to any creditorshall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c ) Property of the estate ( Check one)*

> (1)____ shall not vest in Debtor until earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

> (2)____ shall vest in the Debtor upon confirmation of the Plan.

> * If the Debtor fails to check (1) or (2) above, or if the Debtor checks both (1) and (2) , property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in the Plan are based upon Debtor' best estimate and belief. The Trustee shall only make payument to creditors with filed and allwed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions:

Payment to World Car Center & Financial  is made by a third party, co- Debtor's Son.


/s/ Edgar  Ramirez_____
Debtor                                                                                               Dated:   04/19/2016_____

/s/ Edna  I. Velazquez_____
Debtor