UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:16-bk-02242-CCJ
Chapter 13

In re:

EDGAR RAMIREZ and
EDNA IVETTE VELAZQUEZ,

Debtors.
_____ ____ _____/

## NOTICE OF VOLUNTARY DISMISSAL

The Debtor**,** through her undersigned attorney, voluntary dismisses this case per 11 U.S.C. Section 1307(b).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic service or U.S. mail this 14th day of June, 2016, to all creditors and parties in interest using a current mailing matrix available from the Clerk of the Court, a copy of which is attached.

/s/Maureen Arago_____
MAUREEN ARAGO
Florida Bar No. 835821
P.O. Box 452275
Kissimmee, FL 34745-2275
Telephone:  (407) 344-1185
E-mail: maarago@aol.com